

# Fourth Court of Appeals
## San Antonio, Texas

May 8, 2014

No. 04-13-00818-CR

Mark Anthony **GARCIA**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2009CR2731A
Honorable Lori I. Valenzuela, Judge Presiding

## O R D E R

The Appellant's Motion for Extension of Time to File Brief is hereby GRANTED. The Appellant's brief is due June 6, 2014. No further extensions of time granted.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of May, 2014.

_____
Keith E. Hottle
Clerk of Court